UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK R. CALDWELL,<br><br>    Petitioner,<br><br>    v.<br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. 18-cv-01243 NC (PR)<br><br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner is challenging a conviction he suffered in Solano County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction.[1] *See* 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

**IT IS SO ORDERED.**

DATED: March 21, 2018

                                    NATHANAEL M. COUSINS
                                    United States Magistrate Judge

---

[1] Petitioner has consented to magistrate judge jurisdiction. Dkt. No. 1 at 7.

Case No. 18-cv-01243 NC (PR)
ORDER OF TRANSFER